UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAMAR DONNELL KIRKLAND, | Case No.: 10-CV-03050-LHK |
| Petitioner, | ORDER DENYING WITHOUT PREJUDICE REQUEST TO STAY CASE |
| v. | |
| RAUL LOPEZ, Warden, | |
| Respondent. | |

Petitioner Lamar Kirkland, a state prisoner, requests that the Court stay this federal habeas action pending resolution of a state habeas proceeding currently pending in the Contra Costa Superior Court. Having considered Petitioner's submissions and the relevant law, the Court DENIES without prejudice petitioner's request to stay the instant petition in order for petitioner to address the factors set forth below in *Rhines v. Webber*, 544 U.S. 269, 277-78 (2005), or, alternatively, to file an amended petition that includes only exhausted claims.

**I. Background**

Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, raising eight claims. It appeared that some of Petitioner's claims were pending in a state habeas proceeding in the Contra Costa Superior Court. Because district courts cannot consider "mixed petitions" containing both exhausted and unexhausted claims, *Rhines*, 544 U.S. at 273, this Court issued an Order to Show Cause to Petitioner as to why the petition should not be dismissed without

1

1   prejudice for failure to exhaust state remedies.  In response, Petitioner stated that he exhausted his

2   appeals from the state court judgment, but acknowledged that additional claims are now pending in

3   state court.  Petitioner therefore requested that this Court stay the federal action pending the

4   outcome of the state habeas proceeding.

5   **II. Discussion**

6   District courts have the authority to issue stays, and AEDPA does not deprive them of that

7   authority.  *Rhines*, 544 U.S. at 277-78.  The district court's discretion to stay a mixed petition is

8   circumscribed by AEDPA's stated purposes of reducing delay in the execution of criminal

9   sentences and encouraging petitioners to seek relief in the state courts before filing their claims in

10  federal court.  *Id.*  Because the use of a stay and abeyance procedure has the potential to undermine

11  these dual purposes of AEDPA, its use is only appropriate where the district court has first

12  determined that there was good cause for the petitioner's failure to exhaust the claims in state court

13  and that the claims are potentially meritorious.  *Id.*  Moreover, where granting a stay, the district

14  court must effectuate the timeliness concerns in AEDPA by placing "reasonable limits on a

15  petitioner's trip to state court and back."  *Id.* at 278.

16  Accordingly, a stay is allowed only under these conditions:  (1) petitioner must show good

17  cause for his failure to exhaust the claims prior to filing the federal case; (2) the unexhausted

18  claims must not be "plainly meritless"; and (3) petitioner must not have engaged in "abusive

19  litigation tactics or intentional delay."  *Rhines*, 544 U.S. at 277-78.  In this case, Petitioner has not

20  addressed the standard set forth in *Rhines* or otherwise demonstrated that he satisfies these

21  conditions.  The court cannot grant the stay unless petitioner shows good cause for his failure to

22  exhaust all of his claims before filing a federal petition and shows that his unexhausted claims have

23  merit.

24  **III. Conclusion**

25  For the foregoing reasons, Petitioner's request to stay the instant action is DENIED without

26  prefudice.  Petitioner may file a renewed motion to stay the petition addressing the issues set forth

27  above within **forty-five (45) days** of the date this order is filed.  Alternatively, Petitioner may file

28  an amended petition containing only exhausted claims within **forty-five (45) days** of the date this

2
Case No.: 10-CV-03050-LHK
ORDER DENYING WITHOUT PREJUDICE REQUEST TO STAY CASE

order is filed.  If petitioner fails to file a motion to stay or an amended petition in conformity with this order, this action will be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: October 13, 2010

_____
LUCY H. KOH
United States District Judge