**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAMAR DONNELL KIRKLAND,         ) | Case No.: 10-CV-03050-LHK |
| )                Petitioner,                              ) | ORDER DISMISSING CASE WITHOUT PREJUDICE |
| v.                                                              ) | |
| RAUL LOPEZ, Warden,                        ) | |
|                 Respondent.                             ) | |

On October 13, 2010, the Court denied without prejudice Petitioner's request to stay the instant habeas action during the pendency of Petitioner's state habeas proceeding. The Court's order allowed Petitioner 45 days to either 1) file a renewed motion addressing the standard for granting a stay, or 2) file an amended petition containing only exhausted claims. The Court stated that if Petitioner failed to file a renewed motion or an amended petition within 45 days, the action would be dismissed without prejudice. Petitioner has not filed a renewed motion or an amended petition, nor has he requested an extension of time to do so. Accordingly, the Court DISMISSES the petition without prejudice for failure to exhaust state remedies. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 9, 2010

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-03050-LHK
ORDER DISMISSING CASE WITHOUT PREJUDICE